No. 93–1893. STROUD *v.* SHAW, ADMINISTRATRIX OF THE ESTATE OF BOWEN, DECEASED, ET AL.; and

No. 94–9. SHAW, ADMINISTRATRIX OF THE ESTATE OF BOWEN, DECEASED, ET AL. *v.* STROUD ET AL. C. A. 4th Cir. Certiorari denied.